1 | Tanya E. Moore, SBN 206683
　 | MOORE LAW FIRM, P.C.
2 | 332 North Second Street
　 | San Jose, California 95112
3 | Telephone (408) 298-2000
　 | Facsimile (408) 298-6046
4 | E-mail: tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
　 | Natividad Gutierrez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| NATIVIDAD GUTIERREZ, | ) No. 1:13-cv-01140-LJO-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| ABDULWAHED A. HASSAN dba BEST MARKET; NEREIDA NERY CARRILLO, | ) |
| Defendants. | ) |

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1  IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Abdulwahed A. Hassan dba Best Market and Nereida Nery Carrillo, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: December 5, 2013            MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff
                                   Natividad Gutierrez


Dated: December 5, 2013            */s/ Bruce A. Neilson*
                                   Bruce A. Neilson
                                   Attorneys for Defendants
                                   Abdulwahed A. Hassan dba Best Market
                                   and Nereida Nery Carrillo


**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **December 6, 2013**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE